MANUEL G. MUNOZ
APPellanT

v.

THE Criminal CourT of APPEAL of TEXAS
APPellee

ORIGINAL

RECEIVED IN
COURT OF CRIMINAL APPEALS

FEB 23 2015

Abel Acosta, Clerk

## MOTION For DESCRETIONARY Review

To THE Honorable Judge of The Criminal CourT of APPeals of TEXAS.

Comes now MANUEL G. MUNOZ JR. APPellant, with his said MoTion For Descretionary Review and would Show THE HONORAble Criminal CourT of

FILED IN
COURT OF CRIMINAL APPEALS

FEB 23 2015

Abel Acosta, Clerk

Following Facts in The Light. As Follows.

### I

APPellant asserTs ThaT The ConvicTion CourT Lacked Jurisdiction For The Failure To STOP Render Aid "Misdemeanor", As APPellant had not been Properly Arriagned before a "MagisTraTe Judge" on The day of his arresT, or after "Note" That The ConvicTion CourT is not a Misdemeanor CourT, see. Exhibit Encluded in The DECRETionary MoTion, As The Garza wesT unit Parole shows a New Violation Tracking Sheet, No New ConvicTion F.T.S.R.A Misdemeanor Violation. A, ComPlaint is an affidavit of Credible PErson Made before a MagisTrate or district or County aTTorney charging The Commission of an offense TEX Code Crim Proc Ann, arT 15.05, 21.22 The ComPlaint MusT be filed with The INformation. Id aT arT, 21.22, Denial of Due Process under 14Th amend, U.S.C,

### II

InEffective Assistance of Counsel, Did not File APPellant, PreTrial MoTions, Counsel would not Sign APPellant MoTion To Quash IndictmenT. or MoTion To SeT aside, Appellant Said IndictmenT for Failure To STOP render Aid, IT Lacked Jurisdiction and Failed To Allege The Culpable MenTal sTaTe of The required STATuTory Language or The require ElEments, seT forth The charge an offense in The statuTory Conduct. PETITIONER ASSerTs That he has Been ready For Trial Before he fired, FirsT Counsel, Micheal Baselous. For a MisTrial On, June 11, 2014 AS Mr. Baselous and The DisTrict AttorneY For The record overrule a SubsTiTuTe order in ThaT They were To wait on The siT in Judge, To return To her Bench. The substitute Judge goes on her said break, and The Two Counsel Take MaTters in To The own hands, as They overrule, The Substitute decision. They do not wait For, Lori Vabenzuela, return Swear Petitioner In, without a Judge on The Bench, This was a MisTrial, under a Bais Rascist, Prejudice act of Misconduct. Yet when Micheal Hoyle was appointed an on July 11 2014, I ExPlained all These Facts enclosed Yet, Mr Hoyle, staTed he would File his MoTions and do what Seem BesT on JulY 17, 2014 PreTrial MoTions were File for Trial for September 05, 2014

Before The Honorable Judge Lori Valenzuela and Trial Motion was set. As Petitioner went before The Judicial Honorable Judge on July 2015. PETITIONER did raise his hand but his, Court appoint Counsel Mr. Hoyle Knew That I wanted To Explain all Matter but Mr Hoyle Exclaim That I was. To go Through him first, in order To Speak. PETITIONER assert He was denied Due Process of Law his Guarantee Right To Fair Notice and A Fair Hearing under The United State Constitution See: Murrays Lessee V. Hoboken and Improvement Co, 59 US. (18 How) 272 276 (1856) (Curtis J) Procedural due Process, (1934) The Minimal requirements of notice and a hearing guaranteed by, The Due Process Clauses of the 5th, 14 amendments The Conduct of Legal Proceedings according To establish rules and Principles for The Protection and enforcement of Private rights.

Petitioner asserts, That Their is no other remedy To Cure The facts That he was Denied a Trial See Exhibits. Sargeant request Forms and Let The Criminal Court of Appeals Look into These Facts. NOTE That The 437 TH should have records on Vedio June 11 2014 MISTrial.

PreTrial MoTion Set on July 17 2015 for Trial and a MoTion To dismiss Petitioner Truck From Crowdon Vehicle STorage Facility. As They Kept Petitioner Truck for over a year! Petition assert a Motion of Discovery against The witnesses background was also file. but instead of Trial on September 05, 2015, PETITIONER Friend con Attorney, Mr. Lauro Bustamente Shows up for Petitioner, To be Set in as a Second Chair, Inorder To help mr. Hoyle Win Petitioner Case. Instead on Oct 17 2015 Their is no Trial and Mr. Hoyle Explains That I Was offer Time Served and The STATE will drop The 25 To Life See DISTrict Court 437th records As Hoyle and The District Attorney have left The Discovery Incomplete and Tampered with as a Forged Falsified Document with Petitioner Signature is Signed, along with a MagisTrate Judge dated September 09, 2015. Petitioner assert That after Interrogation September 09, 2013, He was Taken Straight To Jail, See Pictures Before Jail at Petitioner Home 738 Holmgreen, NOT The Address of 3147 EAST South Cross on Petitioners I.D, and Drivers License, Please NOTE That I Am being Denied LawLibrary Since I recieved The, BEXAR County Appellate Public Defenders office NOTice of There Memorandum refusing To Look into The records as Petitioner did Timely File also NOTE That Petitioner was To Correspond a reply To There NOTice before Said date Janury 28, 2015, To. DISTrict 437th yet I did NOT recieve There NOTice until Feb 02, 2015, I Am requesting a Descretionary Review and I am Mailing You Proof PreTrial MoTions were Timely Filed for Trial but PETITioner Was Denied Effective Assistance of Counsel under his sixth Amendment copies of my Legal Work have been Stolen from Petitioner here at Garza west

UNSWORN DECLARATION By PETITIONER

I, MANUEL G. MUNOZ JR., TDCJ No# 1505156
Being Presently Incarcerated in the Bexar County Adult
Dentention Center, San Antonio, Texas declare under
Penalty of Perjury That the forgoing instrument is true
and Correct. Signed on this the 18th day of Feburary
2015

Manuel G Munoz Jr TDCJ No 1505156
Feburary 18, 2015.

I Pray and I; Hope My Motions Makes it.

To: Willian Punicki
    Clerk, U.S. District Court
    John H. Wood JR U.S. Court House
    655 East Ceasar E. Chavez Blud
    San Antonio Tx. 78206-1106

Re William Punicki.
    Clerk of The U.S. District Court

    I bring To your attention Prejudice, Bias
Court official Misconduct. That Took place on
June 11, 2014. Please view Camera Minutes
As No "Substitute Judge" is on The Bench because
She was on her break and Specifically Told
and Explained Too both officers of The Court
District 437. TH. That My Case F.T.R.A 550,021
Was a Misdemeanor or/a State Jail felony And asked
if anyone was Injured! I was Never Indicted
I recieve My Indictment on That day in Court on
June 11, 2014. My Attorney Micheal Baselous
Would Not Sign off on My Motion To Dismiss For
Failure To Prosecute within The 180 days required
Arrest date Sept 8, 2013 First appearance without
a Sit in Judge or any Judge being Present
June 11, 2014., My Constitutional Rights under
My 5 6, 8, 14th amendments have been Violated
My Denial of Due Process Right as well
                            Sincerely Manuel G Munoz

Sir Pulnicki I am At your Mercy
That is My Second Time These State
District Courts are Trying To Rail Road
Me in To 25 To 99 years Imprisonment
For another Misdemeanor Please ask
for a Copy of June 11, 2014 Camera Minutes
To view the Court officeirs Mis Conduct
as they over rule The Substitute Judges
direct orders and Make it Look as part
of The records See Camera Minutes as
she returns from her break and now My
New Attorney Micheal Hoyal will not
amend My Motions or allow Me To Speak
or Explain Matter enclosed To The
Honorable Lori Venezuela The Sit in
Judge of the 437 Th Please bring this To
the Honorable Judges Attention As I Am at your
disposal for Help As NoW They Claim on that
day June 11/2014 I refused the 20yr Plea bargin
with a presencement of a Judge or properly admon-
ishment of reading The Indictment

Sincerely

Manuel B Mungia
200 N. Comal Annex
SID No # 328082
Bexar County Jail
San Antonio TX 78207

SID NO....: 03083389   TDC NO: 01505156    PIA NO:   000000
NAME......: MUNOZ,MANUEL G                      DOB: 09/04/1965  RACE: H SEX: M
RECEIVED..: 06/06/2008 UNIT..: NH   GARZA WEST
SENT BEGN.: 09/18/2007                                                        L1
NET SENT..: 0017Y 00M 00D LEGISLATURE:       73RD     OUT OF CUST.:    400
MIN EXP DT: 04/15/2019     MS CALC CD.: Y             BONUS TIME..:      0
MAX EXP DT: 10/22/2025     PAR CALC CD: FLAT & GOOD TDC CALC PAR: 09/11/2013
JAIL GOOD TIME CREDITED FROM SENTENCE BEGIN DATE
70/72/73/80/81/82/83RD LEGIS: MANDATORY SUPV PROSPECT
NOT ELIGIBLE FOR SB1167 PER TDCJ BOARD POLICY
DISCRETIONARY MANDATORY SUPERVISION  (HB1433) CANDIDATE

REMARKS...: 12.18.14:RET FROM PAROLE STATUS FROM BEXAR CO.
            W/O NEW CONV. OOC 1-1-5. JGT ALOWED FROM 9-11-13
            ONLY. L1 EFF 9-11-13.
            .
            DENIED STREET TIME PURSUANT TO GOV CODE 508.283(C)
            MID POINT DATE OF 10-26-18 WAS NOT MET.
            .
            AB 11-25-14
            ********************************************************
            12.19.14      ADJUSTED REMARKS ONLY            LMO


Exhibit Misdemeanor,

## INMATE REQUEST FOR INFORMATION

Name: Manuel S Munoz

SID # 328082

UNIT: 3C32 | MAIN JAIL: | ANNEX: ✓ | DATE:

### CIRCLE ONE (1) SECTION ONLY OR REQUEST WILL BE VOIDED

| Banking | Commissary | Sergeant's Office | Other: |
| Classification | Mail Room | | |

Request: When do I go To Court? it's been over 220/ I've been on The bus To go To Court but have NoT had a eVidentary or ExAmming Trial or a preliminary hearing. This is NoT Judicial system! where The Justice? When do I See The Judge. Who has My 2002 Dodge Truck?

Response:

_Manuel S Munoz_
Inmate's Signature (Sign At Time Of Request)

| Information Provided By: | | |
| Section: | | Date: |

BCSO Form 351-171 Rev FEB '13

---

## INMATE REQUEST FOR INFORMATION

Name: Manuel G Munoz JR

SID # 328082

UNIT: 3C32 | MAIN JAIL: | ANNEX: ✓ | DATE:

### CIRCLE ONE (1) SECTION ONLY OR REQUEST WILL BE VOIDED

| Banking | Commissary | Sergeant's Office | Other: |
| Classification | Mail Room | | |

Request: I have File Three Motions in The 437th Judicial Court To plead My Innocents (1) Speed Trial
(2) INSufficient Evidence
(3) 90 day Haebeus writ for P.R. Bond

Response: OK so what are you asking?

_Manuel S Munoz Jr_
Inmate's Signature (Sign At Time Of Request)

| Information Provided By: | | |
| Section: | | Date: |

## INMATE REQUEST FOR INFORMATION

| Name: Manuel G Munoz | | | SID # 328082 | |
|---|---|---|---|---|
| UNIT: 3-C | MAIN JAIL: | ANNEX: ✓ | DATE: 04/08/2014 | |

### CIRCLE ONE (1) SECTION ONLY OR REQUEST WILL BE VOIDED

| Banking | Commissary | Sergeant's Office | Other: |
|---|---|---|---|
| Classification | Mail Room | ✓ | |

**Request:**

On what Case and for what Case? Have I been Indicted on? In which was the date, Month, and year I was Indicted? out of what Court?

**Response:** CF- 0437
# 2014CR 2011
03/17/14

| | Information Provided By: | 2770 |
|---|---|---|
| *Manuel B Munoz Jr* | Section: | Date: 4/9 |
| Inmate's Signature (Sign At Time Of Request) | | |

BCSO Form 351-171 Rev FEB '13

---

## INMATE REQUEST FOR INFORMATION

| Name: Manuel B Munoz Jr | | | SID # 328082 | |
|---|---|---|---|---|
| UNIT: 3 C 32 | MAIN JAIL: | ANNEX: ✓ | DATE: 04/14/14 | |

### CIRCLE ONE (1) SECTION ONLY OR REQUEST WILL BE VOIDED

| Banking | Commissary | Sergeant's Office | Other: |
|---|---|---|---|
| Classification | Mail Room | ✓ | |

**Request:** If They say I've been Indicted 03/17/2014 Where is The IndictMent? and it's been (220) days it's only suppose To TAKE 30 days to go To CourT. I am Innocent of This Fail To render aid and I was The one Assulted see Mug SH

**Response:** You Have not been Indicted yet. You are awaiting trial - or waiting to go to court. 5-16-14

| | Information Provided By: | G. De Hoyos #691 |
|---|---|---|
| *Manuel B Munoz Jr* | Section: Barr 105 | Date: 4/14/14 |
| Inmate's Signature (Sign At Time Of Request) | | |

BCSO Form 351-171 Rev FEB '13



# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-14-00877-CR

Manuel G. MUÑOZ,
Appellant

v.

The STATE of Texas,
Appellee

From the 437th Judicial District Court, Bexar County, Texas
Trial Court No. 2014CR2011
Honorable Lori I. Valenzuela, Judge Presiding

PER CURIAM

Sitting:    Sandee Bryan Marion, Chief Justice
           Luz Elena D. Chapa, Justice
           Jason Pulliam, Justice

Delivered and Filed:  January 28, 2015

DISMISSED FOR LACK OF JURISDICTION

Manuel Muñoz entered into a plea bargain with the State, pursuant to which he pleaded nolo contendere to the offense of failing to stop and render aid. The trial court imposed sentence in accordance with the plea bargain on October 17, 2014. Muñoz's pro se motion for new trial filed December 15, 2014, was not timely. *See* TEX. R. APP. P. 21.4(a) (stating that motion for new trial in criminal case must be filed not later than thirty days after date trial court imposes or suspends sentence in open court). The deadline for filing a notice of appeal was therefore November 17, 2014. *See* TEX. R. APP. P. 26.2(a)(1). The envelope containing Muñoz's notice of

appeal is post-marked December 12, 2014, and the notice was file-stamped by the district clerk on December 15, 2014. Muñoz did not file a motion for extension of time to file the notice of appeal. *See* TEX. R. APP. P. 26.3.

We notified Muñoz that the record raised an issue regarding our jurisdiction over the appeal and ordered a response showing the appeal was timely filed. Muñoz's court-appointed appellate counsel filed a response in which he agrees the notice of appeal was not timely filed.

Because the notice of appeal in this case was not timely filed, we lack jurisdiction to entertain the appeal. *See Slaton v. State*, 981 S.W.2d 208, 210 (Tex. Crim. App. 1998) (holding that if appeal is not timely perfected, court of appeals does not obtain jurisdiction to address merits of appeal, and court may take no action other than to dismiss appeal; court may not suspend rules to alter time for perfecting appeal); *Olivo v. State*, 918 S.W.2d 519, 522 (Tex. Crim. App. 1996); *see also Ater v. Eighth Court of Appeals*, 802 S.W.2d 241 (Tex. Crim. App. 1991) (explaining that writ of habeas corpus pursuant to article 11.07 of the Texas Code of Criminal Procedure governs out-of-time appeals from felony convictions). Accordingly, we dismiss this appeal for lack of jurisdiction.

PER CURIAM

Do not publish